| | |
|---|---|
| BEFORE: ARLENE R. LINDSAY<br>UNITED STATES MAGISTRATE JUDGE | DATE: 10/2/2023<br>TIME ON: 4:15<br>TIME OFF: 5:20 |

Case No. 23-mj-865                                         Courtroom Deputy: Robert Imrie

Criminal Cause for Initial Appearance

Defendant: Qin Hui
        Present X     Not Present___     In Custody X     On Bail/Bond___

Attorney: Matin Emouna (for arraignment purposes only)   Ret'd___  CJA X   FD of NY___

AUSA: Bradley King

Interpreter: Jianhang Mai (Mandarin)

ESR Time: 4:15 - 5:20

 X   Case Called     X   Counsel for all sides present.

___ Order Setting Conditions of Release and Bond entered.   ___ Special Conditions Apply.
 X  Order of Detention entered.
___ Temporary Order of Detention entered.
Next Court appearance scheduled for _____
Preliminary Hearing X  Waived;   ___ Set for _____.
___ Waiver of Speedy Indictment executed from _____ to _____.
___ Defendant waives Speedy Trial  from _____ to _____.
NOTES:_____
_____
_____
_____
_____
_____.