FILED
CLERK
January 19, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

- against -                                    Case No.: 2:23-mj-00865

QIN HUI,
                                               **SUBSTITUTION OF COUNSEL**

                    Defendant.
-----------------------------------------------------------X

It is hereby agreed and consented that John S. Esposito, Arthur L. Aidala, Imran H. Ansari, and Michael T. Jaccarino of Aidala, Bertuna & Kamins, P.C. be replaced and substituted by Benjamin B. Xue of Xue & Associates, P.C. as attorney of record for Defendant Qin Hui.

Dated: January 16, 2024

| OUTGOING ATTORNEYS: | INCOMING ATTORNEY: |
|---|---|
| **Aidala, Bertuna & Kamins, P.C.** | **Xue & Associates, P.C.** |
| By: /s/ John S. Esposito | By: /s/ Benjamin B. Xue |
| John S. Esposito, Esq. | Benjamin B. Xue, Esq. |
| 546 Fifth Avenue | 1 School Street, Suite 303A |
| New York, NY 10036 | Glen Cove, NY 11542 |
| Tel: (212) 486-0011 | Tel: (516) 595-8887 |
| Email: arthur@aidalalaw.com | Email: BenjaminXue@XueLaw.Com |

SO ORDERED:
/s/: James M. Wicks
James M. Wicks, USMJ
Dated: 1-19-2024
Central Islip, NY