BTK
F. #2018R01102

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - against -

HUI QIN,
    also known as "Qin Hui,"
    "Hui Quin," "Muk Lam Li,"
    and "Karl,"

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FILED**
**CLERK**
11:51 am, Mar 25, 2024
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

ORDER

Criminal Docket No. 24-100 (JMA)

EASTERN DISTRICT OF NEW YORK, SS:

      The Court has reviewed the transcript of the change of plea hearing of defendant HUI QIN, also known as "Qin Hui," "Hui Quin," "Muk Lam Li" and "Karl," before Magistrate Judge Steven L. Tiscione on March 18, 2024, and hereby finds that the defendant, understanding his rights and the nature of the charges and penalties he faces, knowingly and voluntarily entered a plea of guilty to Counts One through Three of the above-captioned Information. The Court further finds that there is a factual basis for the plea. The Court hereby accepts the guilty plea of the defendant HUI QIN.

Dated:  Central Islip, New York
          March 25, 2024

                                    /s/ JMA

                              HONORABLE JOAN M. AZRACK
                              UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF NEW YORK