UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITES STATES OF AMERICA,

                      Plaintiff,

    -against-

HUI QIN,

                      Defendant,
------------------------------------------------------------------x

FILED
CLERK
2:38 pm, May 09, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**ORDER**

24-CR-100 (JMA)

JOAN M. AZRACK, U.S. District Judge:

It is HEREBY ORDERED, that the defendant in the above-captioned case, being sentenced to time served, is to be released forthwith.

SO ORDERED.

DATED:    Central Islip, New York
                May 9, 2024

  /s/ Joan M. Azrack
Joan M. Azrack
United States District Judge